Ridgeway R. Orr, Plaintiff-Appellee, v. Ralph P. Norton, Administrator of the Estate of Maurice A. Strickland, Deceased, Defendant-Appellant.

Gen. No. 10,404.

Third District.
December 26, 1962.
Rehearing denied January 15, 1963.

Stifler and Snyder, of Danville, for appellant; Hutton, Hegeler, Bates & Buchanan, of Danville (Richard K. Bates, of counsel), for appellee. Opinion by JUDGE REYNOLDS. Not to be published in full.